**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JOHN WITHERSPOON,                        )
                                         )
    Plaintiff,        )
                                         )  Civil Action No. 06-09 Erie
  v.                            )
                                         )
PA BD OF PROBATION & PAROLE, et al.,     )
                                         )
    Defendants.       )

## <u>MEMORANDUM ORDER</u>

  This civil rights action was received by the Clerk of Court on January 13, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

  The Magistrate Judge's Report and Recommendation [Doc. No. 19], filed on November 30, 2006, recommended that the motion to dismiss filed by Defendants [Doc. No. 8] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

  AND NOW, this 19th day of December, 2006;

  IT IS HEREBY ORDERED that the motion to dismiss filed by Defendants [Doc. No. 8] is GRANTED.

  The Report and Recommendation [Doc. No. 19] of Magistrate Judge Baxter, filed on November 30, 2006, is adopted as the opinion of the Court.

        s/   Sean J. McLaughlin
        United States District Judge

cm: All parties of record
  Susan Paradise Baxter, U.S. Magistrate Judge